■ In the Matter of ALAN DREY COMPANY, INC., Petitioner, v STATE TAX COMMISSION, Respondent.—Proceeding pursuant to CPLR article 78 (transferred to this court by order of the Supreme Court at Special Term, entered in Albany County) to review a determination of the State Tax Commission, which sustained a sales and use tax assessment imposed under articles 28 and 29 of the Tax Law. The petitioner is admittedly engaged as a

broker or middleman bringing together buyers and sellers of lists of names known as mailing lists. In the present case, the "lists" were limited to Cheshire (gummed) name labels and magnetic tapes of names. The transaction considered in this proceeding constituted the furnishing of information taxable under section 1105 (subd [c], par 1) of the Tax Law and also was a taxable sale as a license to use tangible personal property under subdivision (a) of section 1105 of the Tax Law. The petitioner has not established any basis for interfering with the determination that the events are subject to the sales and use tax and further, there is no showing that the respondent abused its discretion in finding that the petitioner as agent of the vendor is liable for the collection and payment of this tax (Tax Law, § 1101, subd [b], par [8], cl [ii]). "The record in this case contains sufficient facts to sustain the commission's determination and there our review must end." (Matter of Liberman v Gallman, 41 NY2d 774, 779.) Determination confirmed, and petition dismissed, without costs. Mahoney, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.